AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Diane Murphy

V.

Advance America Cash Advance
Centers of Alabama, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv443-W

TO: (Name and address of Defendant)

Advance America Cash Advance Centers of Alabama, Inc.,
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104-4045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth F. Gray, Jr., Esq.
Stephen B. Griffin & Associates
2100 Riverhaven Drive
Suite 1
Hoover, AL 35244-2532

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*Charlene Campbell*

(By) DEPUTY CLERK

5-16-05

DATE