| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A. Brown_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Dorothy Brown | C. Date of Delivery<br>5/12/05 |
| 1. Article Addressed to:<br><br>Advance America Cash Advance Centers of Alabama, Inc.<br>% National Registered Agents, Inc.<br>150 South Perry Street<br>Montgomery, AL 36104-4045<br>05cv443 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| 2. Article Number 7000 0520 0013 6890 4441<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540