IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JUN -1 P 2: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DIANE MURPHY,

    Plaintiff,

v.                                                          NO. 1:05cv443-W
                                                            Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

## DEFENDANT'S MOTION FOR ADMISSION
## *PRO HAC VICE* OF JAMES R. MULROY, II

Defendant, Advance America Cash Advance Centers of Alabama, ("Defendant"), by its attorneys and pursuant to Local Rule 83.1, respectfully requests that James R. Mulroy, II be admitted to practice before this Court on behalf of Defendant in the matter of *Diane Murphy v. Advance America Cash Advance Centers of Alabama*. In support of this motion, Defendant states as follows:

James R. Mulroy, II is an attorney at law and a partner in the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, 6410 Poplar Avenue, Suite 300, Memphis, Tennessee 38119. Mr. Mulroy is admitted to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S.D.C. District of Arizona | 1990 |
| U.S.D.C. Eastern District of Arkansas | 2000 |
| U.S.D.C. Western District of Arkansas | 2000 |
| U.S.D.C. District of Colorado | 2000 |
| U.S.D.C. Northern District of Illinois | 1983 |
| U.S.D.C. Eastern District of Michigan | 1988 |
| U.S.D.C. Northern District of Mississippi | 2003 |
| U.S.D.C. Southern District of Mississippi | 2003 |

| | |
|---|---|
| U.S.D.C. Eastern District of Tennessee | 2001 |
| U.S.D.C. Middle District of Tennessee | 1987 |
| U.S.D.C. Western District of Tennessee | 1985 |
| U.S.D.C. Southern District of Texas | 2001 |
| U.S.D.C. Northern District of Texas | 2004 |
| Supreme Court of Tennessee | 1976 |
| Supreme Court of Illinois | 1981 |
| Supreme Court of Mississippi | 2003 |
| United States Supreme Court | 1996 |
| U.S. Court of Appeals for the District of Columbia | 1995 |
| U.S. Court of Appeals, Eighth | 1993 |
| U.S. Court of Appeals, Eleventh Circuit | 1998 |
| U.S. Court of Appeals, Fifth Circuit | 1997 |
| U.S. Court of Appeals, Fourth Circuit | 1990 |
| U.S. Court of Appeals, Sixth Circuit | 1987 |
| U.S. Court of Appeals, Third Circuit | 1994 |

Mr. Mulroy is a member in good standing of each court in which he has been admitted to practice law. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Tennessee is attached hereto. Mr. Mulroy is not currently, nor has he ever been, suspended or disbarred from any of these courts.

Should this motion be granted, Mr. Mulroy will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during or pertaining to the above-entitled cause, and will subject and submit himself to the full disciplinary powers of this Court.

WHEREFORE, Defendant respectfully moves for admission before this Court of James R. Mulroy, II for the purpose of representing Defendant in this matter.

Respectfully submitted,

LEWIS FISHER HENDERSON
   CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411

By: _____
     James R. Mulroy, II (TN Bar No. 000098)

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of May, 2005 caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. MULROY, II** to:

Kenneth F. Gray, Jr.
Bret M. Gray
Griffin & Associates
2100 River Haven Drive, Suite 1
Hoover, AL 35244

_____

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

    I, ROBERT R. DI TROLIO, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY That **JAMES RILEY MULROY, II** Was duly admitted to practice in said Court on August 29, 1985 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on May 26, 2005.

ROBERT R. DI TROLIO
Clerk of Court

By *[signature]*
Deputy Clerk