IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JUN -1  P 2: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DIANE MURPHY,

    Plaintiff,

v.

NO. 1:05cv443-W
Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

---

### DEFENDANT'S MOTION FOR ADMISSION
### *PRO HAC VICE* OF JAMES R. MULROY, II

---

Defendant, Advance America Cash Advance Centers of Alabama, ("Defendant"), by its attorneys and pursuant to Local Rule 83.1, respectfully requests that James R. Mulroy, II be admitted to practice before this Court on behalf of Defendant in the matter of *Diane Murphy v. Advance America Cash Advance Centers of Alabama*. In support of this motion, Defendant states as follows:

James R. Mulroy, II is an attorney at law and a partner in the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, 6410 Poplar Avenue, Suite 300, Memphis, Tennessee 38119. Mr. Mulroy is admitted to practice before the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| U.S.D.C. District of Arizona | 1990 |
| U.S.D.C. Eastern District of Arkansas | 2000 |
| U.S.D.C. Western District of Arkansas | 2000 |
| U.S.D.C. District of Colorado | 2000 |
| U.S.D.C. Northern District of Illinois | 1983 |
| U.S.D.C. Eastern District of Michigan | 1988 |
| U.S.D.C. Northern District of Mississippi | 2003 |
| U.S.D.C. Southern District of Mississippi | 2003 |

**MOTION GRANTED**

THIS 2nd DAY OF June, 20 05

_____
**UNITED STATES MAGISTRATE JUDGE**