IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DIANE MURPHY,

    Plaintiff,

v.    NO. 1:05cv443-W
Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

RECEIVED 2005 JUN 21 P 12: 12

---

### DEFENDANT'S MOTION FOR ADMISSION
### *PRO HAC VICE* OF KELLY S. GOOCH

---

Defendant, Advance America Cash Advance Centers of Alabama, ("Defendant"), by its attorneys and pursuant to Local Rule 83.1, respectfully requests that Kelly S. Gooch be admitted to practice before this Court on behalf of Defendant in the matter of *Diane Murphy v. Advance America Cash Advance Centers of Alabama*. In support of this motion, Defendant states as follows:

Kelly S. Gooch is an attorney at law and a partner in the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, 6410 Poplar Avenue, Suite 300, Memphis, Tennessee 38119. Ms. Gooch Mulroy is admitted to practice before the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| Tennessee Supreme Court | 1990 |
| U.S. District Court, Western District of Tennessee | 1992 |
| U.S. Court of Appeals, Sixth Circuit | 1993 |
| U.S. District Court, Central District of Illinois | 1996 |
| U.S. District Court, Northern District of Texas | 1998 |
| U.S. District Court, Eastern District of Texas | 2000 |
| U.S. District Court, Eastern District of Arkansas | 2003 |
| U.S. District Court, Western District of Arkansas | 2003 |

| | |
|---|---|
| U.S. Court of Appeals, Fifth Circuit | 2004 |
| U.S. District Court, Southern District of Texas | 2004 |
| U.S. District Court for the Middle District of Tennessee | 2005 |

Ms. Gooch is a member in good standing of each court in which she has been admitted to practice law. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Tennessee is attached hereto. Ms. Gooch is not currently, nor has she ever been, suspended or disbarred from any of these courts.

Should this motion be granted, Ms. Gooch will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during or pertaining to the above-entitled cause, and will subject and submit herself to the full disciplinary powers of this Court.

WHEREFORE, Defendant respectfully moves for admission before this Court of Kelly S. Gooch for the purpose of representing Defendant in this matter.

> Respectfully submitted,
>
> LEWIS FISHER HENDERSON
>    CLAXTON & MULROY, LLP
> 6410 Poplar Avenue, Suite 300
> Memphis, Tennessee 38119
> Telephone: (901) 767-6160
> Facsimile: (901) 767-7411
>
> By: *Kelly Gooch*
> Kelly S. Gooch (TN Bar No. 14325)

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of June, 2005 caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF KELLY S. GOOCH** to:

> Kenneth F. Gray, Jr., Esq.
> Bret M. Gray, Esq.
> Griffin & Associates
> 2100 River Haven Drive, Suite 1
> Hoover, AL 35244

*/s/ Kelly Gooch*

3

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
                                        } SS.
WESTERN DISTRICT OF TENNESSEE


I, ROBERT R. DI TROLIO, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **KELLY GOOCH** Was duly admitted to practice in said Court on April 22, 1992 and is in good standing as a member of the bar of said Court.


Dated at Memphis, Tennessee                    ROBERT R. DI TROLIO
                                               Clerk of Court

on June 9, 2005.
                                               By _____
                                               Deputy Clerk