IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2005 JUN 21 P 12: 12

DIANE MURPHY,

Plaintiff,

v.   NO. 1:05cv443-W
Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

Defendant.

### DEFENDANT'S MOTION FOR ADMISSION
### *PRO HAC VICE* OF KELLY S. GOOCH

Defendant, Advance America Cash Advance Centers of Alabama, ("Defendant"), by its attorneys and pursuant to Local Rule 83.1, respectfully requests that Kelly S. Gooch be admitted to practice before this Court on behalf of Defendant in the matter of *Diane Murphy v. Advance America Cash Advance Centers of Alabama*. In support of this motion, Defendant states as follows:

Kelly S. Gooch is an attorney at law and a partner in the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, 6410 Poplar Avenue, Suite 300, Memphis, Tennessee 38119. Ms. Gooch Mulroy is admitted to practice before the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| Tennessee Supreme Court | 1990 |
| U.S. District Court, Western District of Tennessee | 1992 |
| U.S. Court of Appeals, Sixth Circuit | 1993 |
| U.S. District Court, Central District of Illinois | 1996 |
| U.S. District Court, Northern District of Texas | 1998 |
| U.S. District Court, Eastern District of Texas | 2000 |
| U.S. District Court, Eastern District of Arkansas | 2003 |
| U.S. District Court, Western District of Arkansas | 2003 |

# MOTION GRANTED

THIS 27th DAY OF June, 20 05

UNITED STATES MAGISTRATE JUDGE