IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JUL 19 P 1:24

DIANE MURPHY,

    Plaintiff,

v.

            NO. 1:05cv443-W
            Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

---

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO THIS COURT'S STANDING ORDER OF JANUARY 14, 2000

Pursuant to this Court's standing order of January 14, 2000, Civil Misc. No. 3047, the following information is submitted:

    Advance America Cash Advance Centers of Alabama, Inc., is the wholly owned subsidiary of Advance America Cash Centers, Inc., a Delaware corporation.

            Respectfully submitted,

            LEWIS FISHER HENDERSON
              CLAXTON & MULROY, LLP
            6410 Poplar Avenue, Suite 300
            Memphis, Tennessee 38119
            Telephone: (901) 767-6160
            Facsimile: (901) 767-7411

            By: _____
                James R. Mulroy, II (TN Bar No. 000098)

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2005, I caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO THIS COURT'S STANDING ORDER OF JANUARY 14, 2001** to:

>Kenneth F. Gray, Jr.
>Bret M. Gray
>Griffin & Associates
>2100 River Haven Drive, Suite 1
>Hoover, AL 35244

*/s/ signature*