**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 9, 2005

## NOTICE OF DEFICIENCY

To:     Attorney Kenneth F. Gray, Jr.

From:   Clerk's Office

Case Style: Diane Murphy v. Advance America Cash Advance Centers of Alabama, Inc.
Case Number: 1:05cv443-W

Referenced Pleading:  Report of Parties' Planning Meeting

The referenced pleading filed on 9/8/2005 has been signed by another party with your signature and a notation "by JRM with permission". This is not allowed.

The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by conventional means  page 2 of the referenced document with your original signature affixed.