**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Diane Murphy v. Advance America Cash Advance Centers of Alabama, Inc.**
**Case Number: 1:05cv443-W**

**Pleading : #11 - Report of Parties Planning Meeting**

**Notice of Correction is being filed this date to advise that the referenced pleading which was e-filed on 9/8/2005 did not contain the original signature of attorney Kenneth F. Gray, Jr. Rather it was signed "by JRM with Permission".**

**The corrected pdf document with Mr. Gray's signature is attached to this notice.**