IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 SEP 19 A 10: 12

DIANE MURPHY,

    Plaintiff,

v.

NO. 1:05cv443-W
Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

## REPORT OF PARTIES' PLANNING MEETING

1.     Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 7, 2005 via telephone conference and was attended by Kenneth F. Gray, Jr., counsel for Plaintiff, and James R. Mulroy, II for Defendants.

2.     The parties will exchange by September 15, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

3.     The parties jointly propose to the Court the following discovery plan:

    a.     Discovery will be needed on the following subjects: All allegations contained in the Complaint and any defenses thereto.

    b.     All discovery commenced in time to be completed by March 30, 2006.

    c.     Supplementation under Rule 26(e) will be ongoing.

    d.     Maximum of 25 interrogatories by each party to any other party.

    e.     Reports from retained experts under Rule 26(a)(2) due from Plaintiffs by February 28, 2006, from Defendants by March 30, 2006.

4.     The parties do not request a conference with the Court before entry of the scheduling order.

    a.     The parties request a pre-trial conference in or after August 2006.

b. Plaintiff should be allowed until October 15, 2005 to join additional parties and amend pleadings.

c. Defendants should be allowed until November 15, 2005 to join additional parties and amend pleadings.

d. All potentially dispositive motions should be filed by April 30, 2006.

e. Settlement cannot be evaluated prior to the completion of discovery.

f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiffs and from Defendants as per the pretrial order.

g. Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule (a)(3).

h. The case should be ready for trial by September 30, 2006 and at this time is expected to take approximately 3 days.

Date: Sept 8, 2005

Kenneth F. Gray, Jr.
Stephen B. Griffin & Associates
2100 Riverhaven Drive, Suite 1
Hoover, Alabama 35244
ATTORNEY FOR PLAINTIFF

James R. Mulroy, II
Kelly S. Gooch
LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
ATTORNEYS FOR DEFENDANT

2