IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

*Diane Murphy*,

2005 SEP -2 A 9: 20

                      )
Plaintiff(s),         )
                      )
                      )
v.                    )          CIVIL ACTION NO. *1:05cv443-W*
                      )
*Advance America Cash*,  )
*Advance Centers of Alabama*  )
Defendant(s).         )
                      )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties

to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of

a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate

Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a

final judgment.

*9/1/05*

_____          _____
Date                             Signature

*Diane Murphy*
_____
Counsel For (**print** name of all parties)

*2100 River Haven Dr., Ste. 1*
*Hoover AL 35244* Address, City, State Zip Code

*(205) 402-7476*
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**

Post Office Box 711
Montgomery, AL 36101