IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DIANE MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv443-W |
| | ) | |
| | ) | |
| ADVANCE AMERICA CASH | ) | |
| ADVANCE CENTERS OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

October 10 2005
_____
Date                Signature

Advance America Cash Advance Centers of Alabama
Counsel For (**print** name of all parties)

6410 Poplar Ave., Ste. 300; Memphis, Tennessee 38119
Address, City, State Zip Code

901-767-6160
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of October, 2005 caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing **CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** to:

>   Kenneth F. Gray, Jr.
>   Bret M. Gray
>   Griffin & Associates
>   2100 Riverhaven Drive, Suite 1
>   Hoover, AL 35244