# LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP

### ATTORNEYS AT LAW

6410 POPLAR AVENUE · SUITE 300 · MEMPHIS, TENNESSEE 38119
TELEPHONE (901) 767-6160 · FAX (901) 767-7411 · www.lfhc.com

January 10, 2006

***VIA FACSIMILE AND U.S. MAIL***
Kenneth F. Gray, Jr., Esq.
Stephen B. Griffin & Associates
2100 Riverhaven Drive, Suite 1
Hoover, Alabama 35244

      Re:   *Diane Murphy v. Advance America Cash Advance Center of Alabama*
            No. 1:05cv443-W

Dear Ken:

Our records reflect that Ms. Murphy's responses to our interrogatories were due on January 4, 2006. To date, we have not received those responses. I suggest, however, in view of Ms. Murphy's deposition testimony that we merely dismiss the case at this point. You may want to point out to Ms. Murphy that awarding of costs to the prevailing party is virtually automatic in Federal Court.

I have enclosed an order to the effect that the case is dismissed with the parties each bearing their own costs as a reasonable way to end this lawsuit.

Thank you for your professional courtesy and I will await your responses to discovery or, alternatively, the signed agreed order.

Very truly yours,

LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP

James R. Mulroy, II
jrmulroy@lfhc.com

JRM:je

Enclosure

**EXHIBIT**
**C**

LOS ANGELES, CALIFORNIA          JACKSON, MISSISSIPPI