IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCE AMERICA CASH )<br>ADVANCE CENTERS )<br>OF ALABAMA, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:05CV443-SRW |

## **ORDER ON MOTION**

Upon consideration of defendant's motion to compel (Doc. # 18), filed March 21, 2006, and for good cause, it is

ORDERED that plaintiff respond to defendant's interrogatories and requests for production on or before April 11, 2006.

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE