FOSHEE & TURNER COURT REPORTERS

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE MIDDLE DISTRICT OF ALABAMA

3            SOUTHERN DIVISION

4    CASE NUMBER:  1:05cv-443-W

5    DIANE MURPHY,

6            Plaintiff,            ORIGINAL

7            vs.

8    ADVANCE AMERICA CASH

9    ADVANCE CENTERS OF ALABAMA,

10           Defendant.

11        DEPOSITION OF DIANE MURPHY

12             In accordance with

13   Rule 5 (d) of The Alabama Rules of

14   Federal Procedure, as Amended, effective

15   May 15, 1988, I, ELLEN DYE, am hereby

16   delivering to MR. JAMES R. MULROY, II,

17   the original transcript of the oral

18   testimony taken on the 13th day of

19   October, 2005, along with exhibits.

20             Please be advised that

21   this is the same and not retained by the

22   Court Reporter, nor filed with the Court.

23

**EXHIBIT**
tabbies
1
(PART 1 OF 3)

1          I, ELLEN DYE, a

2    Court Reporter of Birmingham, Alabama,

3    acting as Commissioner, certify that on

4    this date, as provided by the Alabama

5    Rules of Federal Procedure and the

6    foregoing stipulation of counsel, there

7    came before me at the offices of Stephen

8    B. Griffin & Associates, 2100 Riverhaven

9    Drive, Suite 1, Hoover, Alabama 35244,

10   beginning at 9:30 a.m., DIANE MURPHY,

11   witness in the above cause, for oral

12   examination, whereupon the following

13   proceedings were had:

14          DIANE MURPHY,

15   being first duly sworn, was examined and

16   testified as follows:

17          THE COURT REPORTER:  Usual

18   stipulations?

19          MR. GRAY:  That's fine.

20          MR. MULROY:  Yes.

21   EXAMINATION BY MR. MULROY:

22      Q    Ms. Murphy, my name is

23   Jim Mulroy and I'm the lawyer for Advance

FOSHEE & TURNER COURT REPORTERS

Page 39

```
 1      A      About a week or so.

 2      Q      And were you subsequently

 3   hired?

 4      A      Yes.

 5      Q      And did you interview with

 6   anybody?

 7      A      I interviewed with Hope.

 8      Q      Okay.  Anybody else?

 9      A      I believe at the time -- I'm

10   not sure.  I believe at the time it was

11   like the second interview and that was

12   with the regional manager at the time or,

13   no, I think she was the area manager at

14   the time.

15      Q      Who was that?

16      A      I'm not quite sure.  I don't

17   quite remember her name.

18      Q      Where did you go to work

19   then?

20      A      In Enterprise.

21      Q      And what was your job title?

22      A      Assistant manager.

23      Q      And what year was that?
```

FOSHEE & TURNER COURT REPORTERS

Page 40

1        A      2000.

2        Q      And were you a full-time or

3    part-time person?

4        A      Full time.

5        Q      I'm going to hand you what's

6    been marked as Exhibit No. 1 and ask

7    whose handwriting was on that.

8                    (Defendant's Exhibit

9                    No. 1 was marked

10                   for identification.)

11       A      This is my handwriting.

12       Q      And do you recognize this to

13   be the application you filled out to work

14   for Advance America in about -- let's

15   see.  What is it March 13, 2000?

16       A      Yes.

17       Q      And a few questions to ask you

18   on this application.  There are some

19   numbers down here at the bottom.  We call

20   those bate numbers.  It's INT86.  Do you

21   see that?  I won't mention all the

22   zeroes.

23       A      Yes.

FOSHEE & TURNER COURT REPORTERS

Page 48

1   marketing going door to door, putting out

2   flyers and different publications of the

3   company.

4       Q     And she would tell you to do

5   that but you didn't think it was your

6   responsibility to do it?

7       A     I would do it and I also

8   voiced an opinion that I felt like I

9   shouldn't be the only one marketing.

10      Q     And what did she tell you?

11      A     She told me she was the

12  manager and take it or leave it.  I

13  either market or --

14      Q     She would get somebody else?

15      A     Pretty much.

16      Q     How long did Ms. French

17  supervise you?

18      A     I would say for a year.

19      Q     And this kind of discussion

20  with Ms. French went on during that

21  entire period of a year?

22      A     Pretty much, yes.

23      Q     There was kind of a conflict

FOSHEE & TURNER COURT REPORTERS

Page 49

```
1    situation there?

2         A      Right.

3         Q      How did that conflict end?

4         A      She ended moving to the

5    Marianna, Florida branch.

6         Q      And before she moved who was

7    her boss, do you recall?

8         A      She transitioned.  The first

9    half was the lady that I spoke about

10   earlier, the area manager, and I believe

11   she could have been the -- they hired

12   John Knowles.

13        Q      And how often would you see

14   Mr. Knowles when Ms. French was there?

15        A      Not too often.  Only when he

16   called.  Pretty much -- I mean

17   occasionally.  I mean not too often.  She

18   would be on the phone with him

19   constantly.

20        Q      Talking about you or talking

21   about other things?

22        A      Talking about me, other

23   things.
```

FOSHEE & TURNER COURT REPORTERS

Page 50

1      Q      What was Ms. French telling

2   Mr. Knowles about you?

3      A      I assume how I wouldn't

4   market, how -- I don't know.  I don't

5   know.  How I'm not doing my job to her

6   standards.  She couldn't possibly say I

7   wasn't marketing because I was doing all

8   the market.

9      Q      Was she saying that you're

10  doing the marketing but you're

11  complaining a lot about it?  Is that what

12  the nature of her complaints would be?

13     A      No.

14     Q      What did she tell Mr. Knowles

15  about your marketing?

16     A      It was basically she would

17  reconfirm because she told me that

18  Mr. Knowles told her that she didn't have

19  to market by her being the manager.

20  And my thing was that when I was hired I

21  was told that the marketing would be done

22  by the manager and also the assistant

23  manager.

Page 51

1      Q      Okay.  Did you ever talk to

2   Mr. Knowles about that?

3      A      I did.

4      Q      And that was while Ms. French

5   was still there?

6      A      Yes.

7      Q      Okay.  What did you say to

8   Mr. Knowles and what did he say to you?

9      A       I asked him what were the

10  company's requirements or duties when it

11  comes to marketing and he said that

12  he -- sometimes if you have an agreement

13  worked out between the two of you the

14  assistant manager, which was myself,

15  could do all the marketing and the

16  manager wouldn't have to.  I told him we

17  did not have an agreement worked out and

18  I was told that she would market.  You

19  know, the marketing would be split in

20  half and he said, well, technically both

21  parties are supposed to do the marketing

22  but the manager has so many other duties

23  they don't get around to doing the

FOSHEE & TURNER COURT REPORTERS

Page 52

1    marketing and by me being a team player I

2    would have to, you know, pick up the

3    slack and do the marketing.

4         Q      You say you need to be a team

5    player and do the marketing?

6         A      Right.   The manager cannot do

7    the marketing.

8         Q      And then after Ms. French was

9    your manager who was the next manager?

10        A      Edward Finnegan.

11        Q      And how long was Mr. Finnegan

12   your manager?

13        A      Until I got promoted to

14   manager.

15        Q      That would have been in?

16        A      November 2002.

17        Q      Okay.

18        A      I'm not sure.   I'm not sure

19   about that date.

20        Q      So, up until the time you got

21   promoted to manager you had two managers,

22   Ms. French and Mr. Finnegan, is that

23   correct?

FOSHEE & TURNER COURT REPORTERS

Page 53

1       A       Right.

2       Q       What was your relationship

3    like with Mr. Finnegan?

4       A       I thought we had a good

5    working relationship.  When I say good he

6    wouldn't complain to me, you know.  It

7    was a different tactic.  He wouldn't sit

8    and tell me that, you know, I don't know

9    my job and I'm not doing this right.  I'm

10   not doing that right.  He wasn't

11   nit-picky like Hope was.  I still had to

12   go out and do my marketing and pretty

13   much just basic duties.  I mean I had to

14   do my marketing.  He stated he did his

15   marketing.  I don't know because I wasn't

16   there.

17      Q       Okay.  Did you ever have

18   occasion to have any discussions about

19   your performance with Mr. Finnegan?

20      A       Yes.

21      Q       Okay.  Tell me about that.

22   What did he tell you about your

23   performance?

FOSHEE & TURNER COURT REPORTERS

Page 55

```
1    for a promotion.  I pretty much showed

2    him the ropes and pretty much trained him

3    when he got there.  Before I was

4    promised -- I wouldn't say promised but I

5    was told if I was qualified enough it

6    would be up to John Knowles to give me a

7    management position at Enterprise before

8    Edward Finnegan got there.  I was told

9    this by Jennifer Rodriguez who was the

10   RDO at the time.  And I guess John

11   Knowles felt like I was not qualified for

12   that management position so he hired

13   Edward Finnegan and when Edward Finnegan

14   become the manager I had to pretty much

15   train him in the position.

16        Q     Do you know what

17   Mr. Finnegan's background was?

18        A     No, I don't.

19        Q     Your relationship with

20   Mr. Finnegan was still good even though

21   he took the management position that you

22   wanted, is that correct?

23        A     Right.
```

FOSHEE & TURNER COURT REPORTERS

1       Q       And how often during that

2    period would you actually see

3    Mr. Knowles?  How many occasions?

4    On a weekly basis?

5       A       I would say twice a month if

6    that amount.  He would talk on the phone

7    with Edward Finnegan constantly.

8       Q       That was during the time

9    Mr. Finnegan was your boss?

10       A       Yes.

11       Q       And during the period before

12    November 2002 when you got a promotion to

13    management had you applied for any other

14    management positions?

15       A       I let my request be known.

16    After John Knowles hired -- well, before

17    John Knowles hired Edward Finnegan he

18    come and talk with me.  He told me that

19    he didn't think I was qualified to be the

20    manager, the reason why he didn't give me

21    that position.  I told him I felt like I

22    was qualified.  He stated that he don't

23    feel like I'm qualified and Jennifer

Page 60

1    Rodriguez, which was his boss at the

2    time, the regional manager left it up to

3    him to either promote me or to hire

4    someone else.  So he stated he wanted to

5    hire Edward Finnegan and after that

6    point, which after I proved myself, the

7    next position open, which was supposed to

8    be the Ozark store, he would give that

9    one to me as the manager.

10        Q      What happened in the Ozark

11   store?

12        A      It was given to someone else.

13        Q      Who was it given to?

14        A      Deborah Mercer.

15        Q      And in about what year was

16   that?

17        A      I'm no good with the dates so

18   give me a moment.

19        Q      It would have been sometime

20   before November of 2002, correct?

21        A      Correct, yes.  It would be

22   before November 2002.

23        Q      It would have been in 2001?

1    A    When I got hired?

2    Q    No.

3    A    When Deborah got hired?

4    Q    Yes.

5    A    I believe it was 2002.  I'm
6    not sure.

7    Q    What did you do to apply for
8    that position?

9    A    I interviewed.

10    Q    Okay.  And who did you
11    interview with?

12    A    Let me see.  I interviewed
13    with Jennifer Rodriguez.

14    Q    And where did the interview
15    take place?

16    A    John Knowles' office.  Dothan,
17    Alabama.

18    Q    Okay.  And Jennifer Rodriguez
19    is a while female?

20    A    Yes.

21    Q    And what did you say to her
22    and what did she say to you about the
23    job?

Page 62

1      A      It was just like a basic

2   interview.

3      Q      Okay.  Did she offer you the

4   job?

5      A      She asked me was I interested

6   in the job.  There was no job offered.  I

7   mean it was just several candidates

8   applied for the job.

9      Q      Who else applied?

10     A      Deborah Mercer.

11     Q      What race is Deborah Mercer?

12     A      A white female.

13     Q      Who else applied?

14     A      I'm not sure.  I was told

15   other candidates.  I know for sure

16   Deborah Mercer applied for the job.

17     Q      Okay.  And then Deborah Mercer

18   was ultimately selected?

19     A      Yes.

20     Q      Okay.  Did you know

21   Deborah Mercer before the application

22   process?

23     A      Did I know her?  Yes.

FOSHEE & TURNER COURT REPORTERS

Page 65

1    the question.  The question is what

2    records do you have?

3        A      Just paperwork from like PCO

4    reports, paperwork from where I started

5    at the branch and then that's where I can

6    estimate from the time I started she was

7    a manager about a year prior to that.

8        Q      So if you started in November,

9    2002 being a manager then it was a year

10   prior to when you were promoted to

11   manager she would have been promoted to

12   manager?

13       A      Right.

14       Q      Which would have been in 2001?

15       A      No.  I didn't start in 2002.

16   I believe it was 2003 if I'm not

17   mistaken.

18       Q      So it was sometime in 2002 you

19   think she was promoted?

20       A      I'm not sure.  I know she was

21   there a year prior to my becoming a

22   manager at the Ozark branch.

23       Q      Before you were promoted to

1    manager were there any other management

2    positions you applied for?

3         A    That was the only formal

4    situation where we interviewed.  I mean

5    that was -- I asked Mr. Knowles -- I

6    would talk to Mr. Knowles constantly and

7    let him know, you know, I need -- you

8    know, I want to become a manager, this

9    and that.  He told me he had pretty much

10   promised me the Ozark branch.  And he

11   would tell me on other occasions, which I

12   know I could not accept because it wasn't

13   in my area.  I would have to move to work

14   at a branch like that.

15        Q    Tell me the ones he offered to

16   you that were not in your area.

17        A    He didn't offer.  He was just

18   telling me a position coming available

19   for, you know, certain locations.

20        Q    Tell me what locations.

21        A    Andalusia.

22        Q    Where is Andalusia?

23        A    I don't know how far it is

Page 67

1    from here.  I'm not sure.  It's like two

2    hours, three hours away.

3         Q    You didn't want that because

4    you didn't want to move?

5         A    No.  My mother is ill.  She's

6    a heart patient and I have to take care

7    of her and I don't want to move her away

8    from the doctor.

9         Q    And what other locations did

10   he suggest to you that were open?

11        A    Ozark would be open soon.

12        Q    That's the one that was given

13   to --

14        A    Right.

15        Q    -- Deborah Mercer?

16        A    He had promised me he would

17   give me Ozark.  That's the one that was

18   given to Deborah Mercer.

19        Q    Andalusia?  Where else?

20        A    That's it.

21        Q    Were there any other positions

22   that were open during that period that

23   were given to other people that you

FOSHEE & TURNER COURT REPORTERS

Page 68

1    wanted?

2        A      There was one position in

3    Dothan that I constantly asked

4    Mr. Knowles about but he would pretty

5    much blow me off and he said he didn't

6    know when it would open or what or how.

7    And the next thing I knew they had

8    already hired a manager for that

9    position.

10       Q      Who did they hire for that

11   position?

12       A      Jennifer, I believe.  She's no

13   longer with the company.  I'm not sure.

14       Q      Could you describe her for me?

15       A      Jennifer Baker, I believe,

16   that was her name.  A white female, blond

17   hair.

18       Q      That was in Dothan, Alabama?

19       A      Yes.

20       Q      How far is Dothan from here?

21       A      From where I live or from

22   here in Birmingham?

23       Q      From where you live.

Page 69

1      A      From where I live, twenty

2   miles.

3      Q      Okay.

4      A      That's where my mother's

5   doctor was that way so --

6      Q      In Dothan?

7      A      Yes.

8      Q      Were there any other positions

9   that were open during that period before

10  you were promoted that were filled by

11  anybody?

12     A      Not that I know of.  Not that

13  I recall.

14     Q      And the Dothan position was

15  there actually any kind of application

16  process?

17     A      Not that I know of.

18     Q      Or interview process?

19     A      No.

20     Q      Do you know where Ms. Baker

21  came from?

22     A      No.

23     Q      Was she working with Advance

Page 70

1    America?

2        A    No, I don't think so.  I'm not

3    sure.

4        Q    You don't know what her

5    qualifications were?

6        A    No, I don't.

7        Q    Do you know what Ms. Mercer's

8    qualification for the job were?

9        A    No, I don't.

10        Q    You don't know what her

11    educational background was or work

12    background?

13        A    Only hearsay.  I've heard her

14    say prior to coming to Advance America

15    she worked at the shirt factory in

16    Dothan.

17        Q    Okay.  Did you make any open

18    door complaints or make any grievance

19    through the company concerning these

20    positions?

21        A    I would go to Mr. Knowles and

22    he would tell me that the reason why I

23    didn't get Ozark is that I didn't have

Page 75

1    qualifications for the job?

2        A      He used to work at Highland

3    Meyers, I believe.

4        Q      Furniture company?

5        A      Right.

6        Q      Tell me about how you were

7    promoted to the Ozark position, how you

8    got that job.

9        A      Like I say after that

10   conversation from someone at corporate

11   they assured me they would investigate

12   the situation and Mr. Knowles talked to

13   me less than a month after that and told

14   me that I would have to take a

15   test -- evaluation before getting the

16   position at Ozark.  And then at that time

17   I asked him what are you telling me I'm

18   hired or what.  He said, well, I don't

19   know.  He had a copy of the stats and

20   like the numbers for the branch and

21   everything.  He gave me a rundown on

22   where the store was and it was pretty

23   much not where it should have been.  And

1    he was letting me know that I have pretty

2    much big shoes to fill.  I have a lot of

3    work ahead of me if I decide to take that

4    position.  Then at that point -- once I

5    told him if he's offering me the job of

6    course I would accept.

7        Q      And what happened next?

8        A      He offered me the job.

9        Q      And where did this

10   conversation take place?

11       A      In the branch, Enterprise.

12       Q      What happened to the person

13   who had been in the position before you

14   took it?

15       A      Not sure.  From what I

16   understand she was working in the Eufala

17   branch.  One of the managers had quit and

18   she volunteered for higher pay to go to

19   the you Eufala branch.

20       Q      How do you know it was higher

21   pay?

22       A      In conversation that's what

23   I've been told.

Page 79

```
1        A       Yes, yes.  The manager in

2   Dothan.

3        Q       Who was that?

4        A       Eunice.  It was not done by

5   John Knowles.  It was done by someone

6   else from what I hear.

7        Q       What did they get terminated

8   for?

9        A       From what I hear is that she

10  got caught stealing.

11       Q       What was her race?

12       A       White female.

13       Q       And who replaced her?

14       A       I'm not sure.

15       Q       You were a manager at Ozark

16  after that?

17       A       Yes.

18       Q       You had to take some sort of

19  psychological test?

20       A       I believe.

21       Q       Some kind of assessment

22  whether or not you could be management

23  material, is that correct?
```

FOSHEE & TURNER COURT REPORTERS

Page 80

1      A      Correct.

2      Q      And then after you did that

3    you were offered the job?

4      A      Right.  At that time I was the

5    only manager made to take that test.

6      Q      How do you know that?

7      A      Because I called every manager

8    and they never heard of the tests.

9    They was not required to take the test

10   before becoming a manager.  And I was

11   told that it was mandatory for me to take

12   that test, you know, and to get that

13   position.

14     Q      After you took the test then

15   you got the job, is that correct?

16     A      Correct.

17     Q      Okay.  And this would have

18   been the third opening that you desired

19   before you were promoted, correct?

20     A      I would say the second

21   opening.

22     Q      The second opening that you

23   would have liked to have?  You didn't get

1    the first one?  You got the second one?

2         A      Well, let me see.  At that

3    time -- let me see how many stores was

4    opened in Dothan.  I believe there was

5    one store open in Dothan at the time.  So

6    it would be two positions.

7         Q      You didn't get the first one

8    but you got the second one?

9         A      I didn't get the second one

10   until afterwards.

11        Q      How long afterwards?

12        A      About a year when Deborah

13   Mercer went to Eufala that's when I got

14   the Ozark position.

15        Q      So there was one that you

16   wanted?  The first one you wanted was in

17   Dothan?

18        A      The first one was in Ozark

19   when I was promised Ozark.  Actually

20   Enterprise.  As a matter of fact, would

21   be the first promotion that I got passed

22   over because at that point in time I was

23   with the company going on a year and I

FOSHEE & TURNER COURT REPORTERS

Page 82

1    felt like I was well able to run the

2    branch and I was told that by

3    John Knowles I was not able to run the

4    branch.

5        Q        Okay.  Who got that job?

6        A        Edward Finnegan.

7        Q        And Finnegan was the training

8    manager?

9        A        Right.  Later he was hired

10   on -- later he was promoted to the

11   training manager.  He was hired on as the

12   branch manager.

13       Q        So Enterprise then Dothan

14   and --

15       A        After I got passed up for

16   Enterprise I was promised Ozark.

17       Q        Okay.  And that was the one

18   Deborah Mercer took?

19       A        Right.

20       Q        She was promoted to another

21   position?

22       A        Yes.

23       Q        Then you were offered the job

FOSHEE & TURNER COURT REPORTERS

Page 83

1    at Ozark?

2        A        Right.   Dothan kind of in

3    between that offer.

4        Q        The opening in Dothan that you

5    wanted but didn't get?

6        A        Right.

7        Q        And then you got the Ozark

8    position?

9        A        Right.   Only a month or less

10   than a month after someone made an

11   anonymous complaint to corporate and

12   corporate contacted me and stated they

13   would investigate the situation.

14       Q        How do you know an anonymous

15   complaint was made?

16       A        That's what they told me.   The

17   person didn't name their name,

18   information or nothing.   They told me it

19   was an anonymous complaint.

20       Q        The person that called you did

21   identity themselves to you, right?

22       A        Yes.   She was a white female.

23   I mean she worked in --

Page 84

1      Q      HR or --

2      A      Yes.

3      Q      So then you got the job as

4    the manager of Ozark?  Who was it that

5    you supervised there?

6      A      It was Todd Campbell.  He

7    worked for Deborah and he resigned after

8    a few months.

9      Q      Why did he resign?

10     A      After two months.  He knew

11   that I was going to fire him.  He refused

12   to market.  He would not market.  He

13   would come in late meaning that I would

14   have to call him to wake him up at

15   10:30 in the morning.  He was asleep in

16   bed.  At one occasion he stated that his

17   mother was in the hospital and she could

18   not wake him up on time.

19               So, I mean I was getting

20   ready to terminate him.  I had talked to

21   John Knowles about him and he told me not

22   to terminate him.  And then I asked why.

23   He said just let him resign because he

Page 85

1    was talking to Deborah Mercer at the time

2    and he wanted to transfer her to the

3    Eufala branch but she didn't need help at

4    the time in the Eufala branch.  He had

5    voiced his opinion that he refused to

6    work under me and I could not terminate

7    him.  I was told by John Knowles not to

8    terminate him, that he will get fed up

9    enough and he will resign, which he was

10   allowed to resign.  He quit.

11        Q      Then who worked for you after

12   that?

13        A      Shmeka.

14        Q      Do you remember her last name?

15        A      Cohen.

16        Q      And what was her position?

17        A      CSR.

18        Q      Who long did Shmeka work for

19   you?

20        A      She worked until I left.  She

21   was, I will say -- see, she worked after

22   I left up until the time they transferred

23   me back to the Enterprise branch, which

Page 88

1       Q       Did he ever tell you why he

2   was moving you from Ozark to Enterprise?

3       A       No.

4       Q       Okay.

5       A       I asked him why, of course.

6   And he said that's the way it is.  I said

7   well, I prefer not to if I have a say in

8   the manner.  He say I don't.  I said

9   whose decision was it.  He said the

10  powers to be and it -- how did he put it.

11  The powers to be and the only other

12  choice I have is to transfer or to just

13  leave the company, terminate me.  I had

14  no choices in the matter.

15      Q       What did you earn at the Ozark

16  store?

17      A       It was eleven dollars and

18  something.  I'm not sure what the cents

19  was.

20      Q       And when you moved to

21  Enterprise what did they pay you?

22      A       It was the same.  He stated

23  that -- I inquired about a pay raise.  He

FOSHEE & TURNER COURT REPORTERS

1    stated that he would look into it but he

2    never mentioned anything about a pay

3    raise to me.  He told me that it could be

4    in the budget.  He said it depends on

5    where things are at and my budget.

6        Q    I'm sorry, go ahead.

7        A    I inquired several times after

8    that but he still refused to give me one.

9        Q    Who was the manager at the

10   Enterprise store before you went there?

11       A    Edward Finnegan.

12       Q    And where did Mr. Finnegan go?

13       A    He went to the Dothan

14   location temporarily from what I was

15   told.

16       Q    Do you know why?

17       A    That's when the manager,

18   Eunice, got terminated, and he was there

19   pretty much filling in.

20       Q    And, Eunice, what race was

21   she?

22       A    A white female.  That's the

23   one that got caught stealing.

FOSHEE & TURNER COURT REPORTERS

1           MR. GRAY: Jim, do you mind if

2    we take a quick break?

3           MR. MULROY:  Sure.  That would

4    be great.

5                (A break was taken.)

6      Q     (BY MR. MULROY:) Do you

7    remember when you were transferred from

8    the Ozark Enterprise?

9      A     October, '04.

10     Q     And would it be fair to say

11   that nothing changed as far as your pay

12   and benefits went?

13     A     Right.

14     Q     And your duties at Enterprise

15   would have been the same as they were at

16   Ozark?

17     A     A whole lot more.  A lot more

18   to do.

19     Q     How so?

20     A     A lot more customers, debt,

21   help in the office.  When Edward Finnegan

22   was the manager there he had at least two

23   regular staff and people coming in

Page 91

1     constantly which he would send out to

2     market and to do different odds and end

3     things during the course of the day while

4     he was training as far as training going

5     on.

6              And when I would come

7     become the manager one of the personnel

8     was taken away.  It was myself and the

9     CSR.

10        Q     Now, you weren't the training

11    manager, though?

12        A     No.

13        Q     Finnegan was the training

14    manager in Enterprise, correct?

15        A     Right.

16        Q     And that required him to bring

17    in people, new people?

18        A     That's why the people was

19    constantly coming in but on a regular

20    basis he had two personnel.

21        Q     So what --

22        A     Including himself.

23        Q     But he had extra duties as

FOSHEE & TURNER COURT REPORTERS

Page 92

1    well?

2        A    Right.

3        Q    As training manager, correct?

4        A    I assume, right.

5        Q    How did your duties change

6    when you went from Ozark to Enterprise if

7    you didn't take the training slot?

8        A    Not to say it

9    was a lot more to do, a lot more bad

10   debt, different locations.  Larger

11   locations normally you would get a larger

12   pay because the more duties.  I mean more

13   things to do in the course of the day.

14   Same basic outline but more things to do.

15   More bad debt to chase down.  More

16   people to tend to.

17       Q    Okay.  And how did your pay

18   change, if any?

19       A    It did not change.

20       Q    How did your bonuses change?

21       A    Bonuses -- since I transferred

22   back to Enterprise?

23       Q    Yes.

Page 93

1      A      I wasn't there long enough to

2  bonus.

3      Q      So that was not a factor at

4  that point?

5      A      Well, I mean the numbers was

6  off so pretty much I wouldn't have gotten

7  a bonus.

8      Q      And at Ozark how were your

9  numbers?

10     A      I was bonusing at Ozark.

11     Q      When you left how was Ozark's

12  numbers?

13     A      They weren't bad.  They

14  weren't where they could have been, but I

15  was bonusing on average compared to the

16  rest of the stores.  It was decent.  I

17  was in line.

18     Q      How long were you at

19  Enterprise before you were fired?

20     A      I would say two months.  A

21  little over two months.

22     Q      Who replaced you at Ozark?

23     A      I was told that they were

Page 94

1    going to bring a manager from Dothan, the

2    Dothan location, to replace me in the

3    Ozark branch.

4         Q    Okay.

5         A    At that time the division was

6    being divided up whereas the Ozark

7    location would not have been under

8    John Knowles.  It would have been under

9    another DDO.  So, he sent one of his

10   personnel from the Dothan location to the

11   Ozark branch and then for whatever reason

12   he pulled me back to Enterprise.

13        Q    In other words there was a

14   reorganization at the time you moved to

15   Enterprise, is that correct?

16        A    Correct.

17        Q    And you were moved to

18   Enterprise and then somebody was moved to

19   Ozark?

20        A    Right.

21        Q    Okay.  And the person from

22   Ozark came from a different area?

23        A    It was within John Knowles'

FOSHEE & TURNER COURT REPORTERS

Page 95

1    area but transferred to the Ozark branch.

2        Q    And who was it that

3    transferred to the Ozark branch?

4        A    I'm not sure what her name

5    is.

6        Q    What race was she?

7        A    A white female.

8        Q    Okay.  Do you know whether or

9    not she wanted to be transferred?

10       A    I'm not sure.

11       Q    Do you know whether or

12   not -- was she branch manager before she

13   was transferred to Ozark?

14       A    She was.

15       Q    Do you know what branch she

16   was at?

17       A    Dothan location.  I don't know

18   which exact location.

19       Q    And was there anybody else

20   transferred in this reorganization that

21   you know of besides yourself and this

22   branch manager from Dothan?

23       A    Not that I know of.

Page 96

1     Q     Do you know whether or not
2     there were other people who were
3     transferred during this reorganization?
4     A     I'm not sure.
5     Q     How do you know it was a
6     reorganization?
7     A     I know we received memos.  I
8     actually got a chance to talk to my new
9     DDO at the time -- would have been my new
10    DDO.  He was just pretty much introducing
11    himself and calling on the stores that
12    would be under his new, you know,
13    location under his new area.  Just
14    getting familiar with the new stores and
15    he introduced himself and that was the
16    last time I heard from him.
17    Q     He was going to be the new DDO
18    for Enterprise?
19    A     For Ozark.
20    Q     For Ozark?  So Ozark went to
21    somebody else?
22    A     Right.  Went to another area,
23    another --

FOSHEE & TURNER COURT REPORTERS

Page 97

1      Q      DDO?

2      A      DDO.

3      Q      What other locations besides

4   Ozark went to another DDO?

5      A      The northern state.  I mean

6   cities like Troy and I guess different

7   locations.  I know Troy was one of the

8   ones that went to another DDO.

9      Q      So you and this white female

10  were both under John?  John Knowles got

11  new assignments and both of you went to

12  where John Knowles had his operation, is

13  that correct?

14     A      No.  She was moved from his

15  operation and I was brought where his

16  operation will remain in Enterprise.

17     Q      One of you swapped out from

18  Knowles and one of you swapped into

19  Knowles?

20     A      Brought in.

21     Q      But that was all part of this

22  reorganization?

23     A      I don't see where it was

FOSHEE & TURNER COURT REPORTERS

Page 98

1    necessary to be a reorganization.

2    The way the plans was to my

3    understanding that I would have stayed

4    the manager.  The managers would have

5    stayed the same.  I mean just everything

6    stayed the same.  Just different zones

7    and different pretty much didn't involve

8    the manager level part.  Only DDO's would

9    have different stores to manage.

10         Q    Okay.

11         A    And that was no need to

12   transfer me to Enterprise during this

13   reorganization because it had nothing to

14   do with me being the manager in Ozark

15   versus being the manager in Enterprise.

16         Q    As it happened the white

17   female and black female were transferred

18   at this time?  The managers, in fact?

19         A    After he decided to transfer

20   me to Enterprise he needed someone to

21   fill the Ozark position and she was the

22   closest one from what I understand.  I'm

23   not sure.

Page 99

1    Q    Who took her place?

2    A    I'm not sure.

3    Q    Was there somebody transferred

4  into her place in Dothan?

5    A    I'm not sure.  I believe she

6  was within the company already.  I'm not

7  sure.

8    Q    And Finnegan where did he go?

9    A    He was already in Ozark.  I

10  mean he was already in Dothan.

11  Enterprise branch was not really ran by a

12  manager for a few months.

13    Q    Okay.  So there was an empty

14  Enterprise slot that Finnegan -- I'm

15  sorry, that Knowles needed to fill?

16    A    Right.

17    Q    Knowles transferred you over

18  to this empty slot?

19    A    Right.

20    Q    And it was a branch that had

21  more business?

22    A    Right.

23    Q    Than the Ozark branch?

Page 100

1      A      Right.

2      Q      Would that also make it a

3   branch that had more potential for bonus

4   because it was larger?

5      A      Not really because they

6   have -- I don't even think they ever made

7   the three hundred checkmark.  Once you

8   make a certain threshold of checks that's

9   when you can bonus.  And I don't think

10  that store ever would have the potential

11  to make the three hundred.  I don't know.

12     Q      I'm having a hard time

13  understanding why it was a bigger store

14  then.  You mean bigger space wise?

15     A      Bigger as far as customer

16  wise, customer base, and Ozark, I was

17  only holding two hundred customers so

18  customer wise it had more customers which

19  meant more bad debt.  And more bad debt

20  is more time I have to spend outside the

21  office trying to track this bad debt

22  down.

23     Q      And who was, during this

FOSHEE & TURNER COURT REPORTERS

Page 102

1    conversations.

2        Q      Did you ever have a

3    conversation with John Knowles where you

4    expressed displeasure about being

5    transferred from Ozark to Enterprise?

6        A      Yes, I did.

7        Q      When did that conversation

8    occur?

9        A      The day that he come into the

10   branch to tell me that I was

11   transferring.  And there was no need to

12   call anyone.

13       Q      And what do you mean "there

14   was no need to call anyone"?

15       A      Because pretty much he was

16   saying don't run and try to complain

17   because there's nothing that can be done

18   about it.  The word come from -- come

19   down that I have to transfer.  There's no

20   if's, and's or but's about it.  Either

21   transfer or not have a job.

22       Q      And do you know who it was

23   that made the decision for you to

FOSHEE & TURNER COURT REPORTERS

Page 103

1    transfer?

2        A    I'm not sure.

3        Q    But it wasn't John Knowles

4    apparently?

5        A    From what I understand it was.

6        Q    Why do you believe it was John

7    Knowles?

8        A    Certain reasons.  Certain

9    situations.  He told me that before he

10    transferred he let Edward Finnegan decide

11    who he wanted to carry with him, you

12    know, in the branch.  If that come down

13    from above John Knowles I would have been

14    notified sooner.  I felt like that he

15    made the decision.

16        Q    Okay. No one has told you that

17    John Knowles made the decision, correct?

18        A    Correct.

19        Q    John Knowles told you he did

20    not make the decision, correct?

21        A    He told me that's the way it

22    is and it comes from the powers to be.

23        Q    He was indicating to you in

Page 104

1    that saying that it came from somebody

2    above him, correct?

3        A    I guess.  I'm not sure.

4        Q    Who was above him at that

5    time?

6        A    Brenda Stewart.

7        Q    What race is Brenda Stewart?

8        A    African-American.

9        Q    Have you ever had any

10   conversations with Brenda Stewart about

11   any complaint that you've ever had about

12   the way you were treated at Advance

13   America?

14       A    No.

15       Q    Have you ever filed an EEOC

16   complaint against Advance America

17   concerning your promotional issues, the

18   issues of the two positions that you

19   wanted before you were promoted?

20       A    I was told in so many words if

21   I don't make waves, keep my nose clean

22   and keep doing my job eventually I will

23   get a promotion.

FOSHEE & TURNER COURT REPORTERS

Page 117

1    complaining about Knowles?

2        A    Several.  She would comment

3    very often.

4        Q    Let me mark this as the next

5    exhibit, please.

6                    (Defendant's Exhibit

7                    No. 2 was marked

8                    for identification.)

9        Q    Exhibit No. 2, I believe, is

10   the first piece of paperwork that shows

11   that you were hired by the company.  And

12   the reason I'm showing it to you is I

13   just wanted to clarify you were hired as

14   an assistant manager, correct?

15       A    Right.

16       Q    And your starting salary is

17   eight dollars an hour?

18       A    Uh-hmm.

19       Q    And Hope French was the hiring

20   manager, correct?

21       A    Right.

22       Q    This the same Hope French that

23   you later had a run-in over a telephone

Page 131

1       Q       Now, do you recognize this to

2    be a performance evaluation you received

3    on July 19, 2002?

4       A       Yes.

5       Q       Okay.  And you recognize it

6    because on INT 49 your handwriting

7    appears, correct?

8       A       Correct.

9       Q       And this would have been a

10   performance evaluation done by the same

11   gentleman who did the previous

12   performance evaluation, Edward Finnegan,

13   right?

14      A       Right.

15      Q       And this was a somewhat less

16   complimentary evaluation, correct?

17      A       Correct.

18      Q       And in this evaluation he

19   marks promotable with additional training

20   experience, correct?

21      A       Right.

22      Q       And do you recall what the

23   issues were that he was concerned about

FOSHEE & TURNER COURT REPORTERS

Page 132

1    at the time?  Let me tell you I gave you

2    the wrong one.  Let's switch out here.

3    That's my copy.  I need to watch that and

4    let me give you this.

5              Looking at the same page

6    as INT 49, just so the record is clean,

7    this is the same document without my

8    scribbling on it, correct?

9        A    Correct.

10       Q    I didn't switch documents on

11   you, right?

12       A    Right.

13       Q    Do you recall what the issues

14   were at this time that you were having

15   problems with?

16       A    At this point I was told

17   everything was fine up until my

18   evaluation.

19       Q    And who was supervising you at

20   the time?

21       A    Edward Finnegan.

22       Q    What is Mr. Finnegan's

23   concerns on this evaluation?

FOSHEE & TURNER COURT REPORTERS

Page 133

1     A     Initiative to, I guess,

2  delegate authority and initiate to take

3  on different tasks, things that needed to

4  be done within the branch.

5     Q     Okay.  And he marks this one

6  promotable with additional training and

7  experience, correct?

8     A     Correct.

9     Q     And you found exception to

10  what Mr. Finnegan said in this

11  performance evaluation, correct?

12     A     Right.

13     Q     And you talked to Mr. Finnegan

14  about that?

15     A     Correct.

16     Q     Okay.  Did you talk to anybody

17  else about it?

18     A     No, I didn't.

19     Q     You didn't take it above his

20  head to Mr. Knowles?

21     A     No.

22     Q     So what did Mr. Finnegan tell

23  you about this evaluation?

Page 134

1    A    He stated those were a few

2    issues that Mr. Knowles had brought up to

3    him and he could not give me any higher

4    than what he gave me.  I said to him, as

5    you know, Mr. Finnegan, you know, it's

6    not true.  You work with me and you see

7    this everyday.  You see what I do

8    everyday but he stated only a certain

9    amount that he can give me and if he was

10   to write all five's or whatever

11   Mr. Knowles would reject it and return it

12   back to him anyways.

13    Q    Did you think you deserved all

14   five's?

15    A    I never made reference to

16   five's.  That was the point he brought up

17   to me.  If he was to make a scoring on my

18   thing, my evaluation higher than what it

19   was, Mr. Knowles would reject it and

20   return it back to him to fix it.

21    Q    Now, did he ever tell you he

22   didn't believe any of these things he put

23   in there?

FOSHEE & TURNER COURT REPORTERS

Page 135

1        A        Of course.

2        Q        What did he say?

3        A        He stated that I know you're

4    doing your job and I know that you're

5    doing a good job.  It's just that I guess

6    the numbers was not where they needed to

7    be at the time.

8        Q        Okay.

9        A        He made reference to if the

10    numbers are out of line then somebody got

11    to be doing something or not doing

12    something.

13        Q        Okay.  And your numbers were

14    out of line?

15        A        I believe so.  Let me look.

16        Q        Let's see.

17        A        It's not where it should be.

18    We were not growing like we should have

19    been.

20        Q        Okay.  So, let's just look at

21    this page by page here.  On the first

22    page of this evaluation you got all

23    three's which means meets expectations,

FOSHEE & TURNER COURT REPORTERS

Page 136

1   correct?

2      A    Correct.

3      Q    On the second page you were

4   marked needs to be more resourceful in

5   solving problems and undertaking new

6   projects under the initiative category,

7   correct?

8      A    Correct.

9      Q    You got a two there, correct?

10     A    Uh-hmm.

11     Q    And then you had another needs

12  improvement in problem solving, correct?

13     A    Correct.

14     Q    Now, what did Mr. Finnegan

15  tell you about those two categories?

16     A    He really didn't give me an

17  explanation.  The only thing that he

18  stated is that I call his cell phone

19  entirely too much.

20     Q    Okay.

21     A    And I said to him if I don't

22  call your cell phone and not get

23  authorization to do certain things that

FOSHEE & TURNER COURT REPORTERS

Page 137

1    it would be -- you know, me on the line

2    will take it upon myself to make a

3    decision where I'm not authorized to

4    make.

5         Q      So you argued with him about

6    whether or not you had the initiative?

7         A      Yes.  I remember making

8    reference to that.  And he stated that

9    just don't call him.  Just do it.

10        Q      How about problem solving,

11   what did he tell you about that?

12        A      That was part of the

13   initiative portion of it.

14        Q      Okay.  And then the next page

15   you have meets expectations.  The

16   following page, which is INT 46 you got a

17   two on held check growth.  What does that

18   mean?

19        A      It means that the store was

20   not growing.  We were not holding the

21   amount of customers that was expected for

22   that branch at that level to be holding.

23        Q      And so he rated you need