## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DIANE MURPHY,

    Plaintiff,

v.

                                      NO. 1:05cv443-W
                                        Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

---

## DECLARATION OF BRENDA STEWART

I, Brenda Stewart, declare and state as follows:

1.    I am a competent adult with personal knowledge of the matters contained herein.

2.    I am an African American and am currently employed by Advance America, Cash Advance Centers of Alabama, Inc. ("Advance America") as a Regional Director of Operations ("RDO").

3.    In or about October 2004, I approved Divisional Director of Operations John Knowles's decision to transfer Diane Murphy to the Enterprise branch as part of a corporate reorganization.

4.    In December 2004, Advance America terminated Diane Murphy's employment because she violated the Fair Debt Collection Practices Act, she failed to implement a branch marketing plan as her supervisor had directed her to do, and she failed to comply with the Company's Collection Policy.

**EXHIBIT**

**3**

tabbies'

5.     I consulted with John Knowles regarding, and approved, his decision to terminate Diane Murphy's employment.

6.     John Knowles and I advised Diane Murphy in person that her employment with Advance America was terminated.

FURTHER, the Declarant Saith Not.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/30/06

Brenda Stewart

2