# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 5, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Diane Murphy v. Advance America Cash Advance Centers of Alabama, Inc.
Case Number:  1:05-cv-443-SRW**

**Pleading : #21 - Motion for Summary Judgment**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading was e-filed on 6/30/2006 with an unsigned Declaration of Brenda Stewart attached as Exhibit 3.**

**The signed Declaration is attached to this notice.**