IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv443-SRW |
| | ) |
| ADVANCE AMERICA CASH | ) |
| ADVANCE CENTERS OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is presently before the court on the motion for summary judgment filed by defendant on June 30, 2006. The parties are DIRECTED to comply with the order of this court entered on December 16, 2005 (Doc. # 17), which establishes the briefing schedule.

Additionally, the parties are requested to provide the court with courtesy copies of their summary judgment briefs[1] and bound and tabbed copies of their evidentiary submissions on or before August 7, 2006.

Done, this 5th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Brief should be separate from the bound evidentiary submissions.