IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANE MURPHY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.:1:05cv443-W |
| | ) |
| **ADVANCE AMERICA CASH ADVANCE** | ) |
| **CENTERS OF ALABAMA,** | ) |
| | ) |
| Defendants. | ) |

_____

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF
HER RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**
_____

s/Kenneth F. Gray, Jr.
Kenneth F. Gray, Jr.
Attorney for Plaintiff

STEPHEN B. GRIFFIN & ASSOCIATES
2100 Riverhaven Drive
Suite #1
Hoover, AL 35244-1218