IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANE MURPHY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.:1:05cv443-W |
| ) | |
| **ADVANCE AMERICA CASH ADVANCE** ) | |
| **CENTERS OF ALABAMA,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF
HER RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff and submits the following evidence in support of her Response to Defendant's Motion for Summary Judgment:

1. Job Application of Plaintiff

2. Bonus Report for Plaintiff

3. Branch Manager and Assistant Branch Manager Job Descriptions

4. Declaration of Plaintiff

5. Sworn Statement of Trish Crowe

s/Kenneth F. Gray, Jr.<br>
Kenneth F. Gray, Jr.<br>
Attorney for Plaintiff

STEPHEN B. GRIFFIN & ASSOCIATES
2100 Riverhaven Drive
Suite #1
Hoover, AL 35244-1218

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing was served upon all counsel via electronic filing using the CM/ECF system this the 20th day of July, 2006.

s/Kenneth F. Gray, Jr.<br>
OF COUNSEL