

# ADVANCE AMERICA®
## CASH ADVANCE CENTERS

An Equal Opportunity Employer

Name: Dianne Murphy

Position Applying For (Be Specific): Assit. Manager

Date: 13 March 2000   This application will remain active for 90 days from the date of application

8003                                                                          Rev. 4/98

D000163
Murphy v. Advance America

## PERSONAL INFORMATION (Please Print)

The questions on this application are designed to collect information from you so AA can make an informed and objective decision about your application for employment. Please answer the questions as completely as possible. Continue answers on a separate page if more space is needed.

Name: __Dianne_____ __Murphy__
           *First*                                  *Middle*                    *Last* 684-0230

Social Security Number: __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__ Current Phone (__334__) __347-9413__

Present Address: __P.O. Box 311173__ __Enterprise, AL 36331__
                          *Street*                                 *City, State, Zip Code*

How long at this address? __2 yrs__

Previous Address: __Le Chalet Apt. #15__ __Sumter, SC 08651__
                          *Street*                                 *City, State, Zip Code*

Mobile/Beeper/Other Phone: __(334) 393-0023 (brother)__

Source of Referral: ☐ Newspaper Ad  ☐ Current Employee  ☐ Employment Agency
                       ☐ College Recruit  ☐ State Employment Agency
                       ☒ Other (Specify) __Walk-in__

Have you ever been employed by AA? ☐ Yes ☒ No
If so, Date ___/___/___ Location _____
Have you ever applied to AA before? ☐ Yes ☒ No
If so, Date ___/___/___ Location _____
Are you over the age of 18? ☒ Yes ☐ No. If not, state your age _____
Are you legally eligible for employment in the United States? ☒ Yes ☐ No
Date Available for work: __13 March, 2000__
Type of employment desired: ☒ Full Time ☐ Part Time
Will you work overtime if required? ☒ Yes ☐ No
Have you ever been convicted of a felony or any other crime involving dishonesty, theft or breach of trust? (Only job related convictions will be considered.) ☐ Yes ☒ No
If yes, please explain (include dates and location)
_____
_____

Have you been refused bonding? ☐ Yes ☐ No
If yes, please explain __N/A__
_____

# EMPLOYMENT HISTORY

Provide the following information from your past and current employers, assignments or volunteer activities, starting with the most recent (use additional sheets if necessary).

**Present (Last) Employment.** May we contact your present employer? ☐ Yes ☐ No
Company Name __US Air Force__
Street __Dorm 225 McGuire AFB__   City & State __Trenton, NJ__
Phone# _____   Job Title _____
Data of Employment: From __12 / 07 / 93__ To __12 / 07 / 97__   # Hrs/Wk _____
Current Salary: _____   Salary Requirements _____   Pay Cycle: HR  WK  BW  MO  YR
Supervisor's Name _____   Phone _____
Duties & Responsibilities __Law Enforcement Apprentice/Supervisor__

Reason for leaving? __End of Enlistment.__

**Next Previous Employment.**
Company Name __Ft. Rucker Guest House__
Street __Building 124 Park Dr.__   City & State __Ft. Rucker AL__
Phone# __(334) 598-6352__   Job Title __Desk Clerk__
Data of Employment: From __01 / 01 / 93__ To __11 / 01 / 93__   # Hrs/Wk __40__
Current Salary: _____   Salary Requirements _____   Pay Cycle: HR  WK  (BW)  MO  YR
Supervisor's Name _____   Phone _____
Duties & Responsibilities __Scheduling & Planning, Accounts receivable, telephone techniques, Dealing directly with the public.__
Reason for leaving? _____

**Next Previous Employment.**
Company Name __Family Dollar Store__
Street __Westgate__   City & State __Enterprise AL__
Phone# __(334) 347-6580__   Job Title __Sales__
Data of Employment: From __05 / 01 / 87__ To __05 / 01 / 88__   # Hrs/Wk __40__
Current Salary: __minimum wage__   Salary Requirements _____   Pay Cycle: HR  WK  (BW)  MO  YR
Supervisor's Name __Timmy White__   Phone _____
Duties & Responsibilities __Customer Relations, help order stock, Asst. manager when manager out of store on business.__
Reason for leaving? __For Educational Advancement__

## PERSONAL REFERENCES (not former employers or relatives)

| | Name and Occupation | Address | Phone |
|---|---|---|---|
| 1 | Cora Smith | P.O. Box 207 Coffee Springs AL | 684-2418 |
| 2 | Flozell Hazel | Coppenville Rd. Enterprise AL | 393-0603 |
| 3 | Erika Caldwell | Enterprise AL | 347-6504 |

D000165
Murphy v. Advance America

## EDUCATION/TRAINING

| Name of School | Course of Study, Major | Years Attended | Degree Received |
|---|---|---|---|
| High School: Enterprise High School <br> City & Enterprise <br> State AL | General | From 88' <br> To 90' | Diploma |
| College: Riley College <br> City & Dothan <br> State AL | Computer/Clerical | From <br> To 91' | Diploma |
| Technical/Business: <br> City & <br> State | | From <br> To | |
| Graduate: <br> City & <br> State | | From <br> To | |
| Other Training/Schools (include military training if appropriate) AF Police Academy / AF Investigations School <br> City & <br> State military | | From <br> To | Certificate |

**SKILLS:** List all skills in which you are proficient and that are relevant to the position for which you are applying. List academic honors, memberships in Academic/Professional/Trade Organizations or participation in any offices held in outside activities or community organizations which you feel are significant. (Omit all information indicative of age, sex, race, religion, national origin, disability, color, creed, ancestry, marital status.)

FBLA, Honor Society, Valedictorian in College, Dean & President List several times.

What would you list as your strong points? I know that I have many strong points that would be beneficial to your company. One would be that I am a fast learner and work well with other

What would you list as your weak points? My weak point would be that I am a perfectionist.

D000166
Murphy v. Advance America

# AGREEMENT

1. I certify that all information included in this application is accurate to the best of my knowledge and understand that AA reserves the right to use this information in a background investigation which is required of all employees. I also understand that any misrepresentation or omission of material facts in my application may be justification for refusal or, or if employed, termination of employment from AA

2. I authorize all persons, schools, companies, corporations, credit bureaus, and law enforcement agencies to supply any information concerning my background and release them from any liability and responsibility arising from their doing so. I further understand that a routine inquiry may be made which will provide information concerning character, general reputation, personal characteristics, and mode of living and that upon written request additional information as to the nature and scope of the report, if any is made, will be provided.

3. I understand and agree that:

    A. AA has a drug-free workplace policy, and that a substance screening may be required after an offer of employment is made and the commencement of employment may be contingent upon successful completion of the substance screening. The result will be held in strict confidence by AA and the Human Resources Department except where release is required by law.

    B. At initial employment I may be expected to sign an employee Non-Compete Agreement. This agreement protects any previous employer or other third party from disclosure of business information that may have been acquired illegally or with restrictions as to secrecy. Additionally, the agreements prohibit an employee from unfairly competing with AA during the course of employment or after termination of employment.

4. I understand that this employment application and any other company documents published for employees or job applications are not contracts of employment and that if I am hired, I will be an at-will employee and I may voluntarily leave employment or I may be terminated by my employer, at any time for any reason. I understand that any oral or written statements to the contrary are hereby expressly disavowed by AA and are not to be relied upon by me.

5. I understand that all benefits offered by AA to its employees can be modified or decreased at any time, at the company's sole discretion.

6. I understand that any policy items that appear in any policy manuals, at the discretion of the company may be withdrawn, revised or replaced at any time.

I understand it is this company's policy not to refuse to hire a qualified individual with a disability because of that person's need for a reasonable accommodation as required by the ADA.

I represent and warrant that I have read and fully understand the foregoing and seek employment.

Applicant's Signature _____  Date _13_/_03_/_00_