Murphy v. Advance America

Murphy Bonus Report

| | Check Date | EARNS CODE | CHECK # | EARN AMT |
|---|---|---|---|---|
| MURPHY, DIANNE | 8/25/2000 | Thresh Bonus | 340044 | 78.00 |
| | 11/3/2000 | Thresh Bonus | 440047 | 158.00 |
| | 11/17/2000 | Thresh Bonus | 460052 | 235.00 |
| | 12/29/2000 | Thresh Bonus | 520050 | 3.00 |
| | 1/26/2001 | Thresh Bonus | 40054 | 7.00 |
| | 2/23/2001 | Thresh Bonus | 80045 | 10.00 |
| | 3/23/2001 | Thresh Bonus | 120055 | 10.00 |
| | 5/4/2001 | Quarterly Bonus | 180065 | 750.00 |
| | 6/29/2001 | Thresh Bonus | 260057 | 317.50 |
| | 7/27/2001 | Thresh Bonus | 300060 | 30.00 |
| | 8/10/2001 | Quarterly Bonus | 320077 | 600.00 |
| | 10/19/2001 | Thresh Bonus | 420046 | 24.00 |
| | 11/2/2001 | Quarterly Bonus | 440053 | 827.60 |
| | 12/28/2001 | Thresh Bonus | 520053 | 24.00 |
| | 1/11/2002 | Descretionary Bonus | 20055 | 250.00 |
| | 1/25/2002 | Thresh Bonus | 40059 | 21.25 |
| | 2/22/2002 | Thresh Bonus | 80057 | 28.00 |
| | 3/22/2002 | Thresh Bonus | 120061 | 10.00 |
| | 4/19/2002 | Thresh Bonus | 160065 | 20.00 |
| | 5/3/2002 | Quarterly Bonus | 180073 | 516.80 |
| | 5/3/2002 | Collection Bonus | 180073 | 167.17 |
| | 5/31/2002 | Thresh Bonus | 220066 | 20.00 |
| | 6/28/2002 | Thresh Bonus | 260068 | 18.00 |
| | 8/23/2002 | Thresh Bonus | 340062 | 22.00 |
| | 10/18/2002 | Thresh Bonus | 420064 | 26.00 |
| | 11/29/2002 | Thresh Bonus | 480067 | 28.00 |
| | 12/27/2002 | Thresh Bonus | 520139 | 34.00 |
| | 2/21/2003 | Quarterly Bonus | 80169 | 1,037.25 |
| | 2/21/2003 | Thresh Bonus | 80169 | 640.00 |
| | 3/21/2003 | Thresh Bonus | 120156 | 20.00 |
| | 4/18/2003 | Thresh Bonus | 160150 | 22.50 |
| | 5/2/2003 | Quarterly Bonus | 180148 | 1,367.52 |
| | 5/16/2003 | Collection Bonus | 200147 | 505.42 |
| | 5/30/2003 | Thresh Bonus | 220147 | 22.50 |
| | 6/27/2003 | Thresh Bonus | 260151 | 33.75 |
| | 7/25/2003 | Thresh Bonus | 300150 | 24.00 |
| | 8/8/2003 | Quarterly Bonus | 320155 | 1,305.75 |
| | 8/22/2003 | Thresh Bonus | 340158 | 705.00 |
| | 9/19/2003 | Thresh Bonus | 380155 | 30.00 |
| | 10/31/2003 | Quarterly Bonus | 440188 | 1,344.75 |
| | 11/28/2003 | Thresh Bonus | 480167 | 33.75 |
| | 12/26/2003 | Thresh Bonus | 520162 | 50.00 |
| | 2/6/2004 | Quarterly Bonus | 60167 | 162.00 |
| | 2/20/2004 | Thresh Bonus | 80169 | 48.75 |
| | 3/19/2004 | Thresh Bonus | 120166 | 30.00 |
| | 4/30/2004 | Quarterly Bonus | 180176 | 161.25 |
| | 4/30/2004 | Thresh Bonus | 180176 | 30.00 |
| | 6/25/2004 | Thresh Bonus | 260292 | 41.25 |
| | 8/20/2004 | Thresh Bonus | 340297 | 26.25 |
| | 10/29/2004 | Collection Bonus | 440101 | 270.00 |
| | 10/29/2004 | Thresh Bonus | 440101 | 15.00 |
| | | | | 12,162.01 |