**ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.**
**NATIONAL CASH ADVANCE**
**POSITION DESCRIPTION**
**MIDDLE MANAGEMENT, OFFICE CLERICAL AND ADMINISTRATIVE**

| | |
|---|---|
| **POSITION TITLE:** Assistant Manager<br>**REPORTS TO:** Manager | **EFFECTIVE DATE:**<br>**POSITION GRADE:** |
| **Note:** Also encompasses the Floating Assistant Manager. | **LOCATION:** |

**BASIC PURPOSE:** *Give a brief statement of the overall principle purpose or function of this position.*

Responsibilities include but are not limited to assisting Manager in daily operations and growth of location.

| SCOPE / PRINCIPLE ACCOUNTABILITIES: *List major duties, activities, and responsibilities.* | % OF TIME |
|---|---|
| • Provide exceptional customer service and ensure that transactions are completed accurately.<br><br>• Conduct banking transactions when needed.<br><br>• Perform the daily operations of the location which is not limited to held check audits, past due collections, NSF detail collections, daily cash balance, opening and closing of location.<br><br>• Help the Manager maintain a marketing campaign for location.<br><br>• Assist in recruiting efforts when location is not fully staffed.<br><br>• Manage location when Manager is absent.<br><br>• Ensure cash flow, balancing and audits are done accurately.<br><br>• Communicate image consistent with the company creed and vision to all members of location.<br><br>• Travel locally for marketing, collections, staffing, and banking responsibilities.<br><br>• Provide operational support through working with other departments to solve issues that develop.<br><br>• Adhere to all points of the creed. | |
| **SUPERVISION EXERCISED:**<br><br>(a) **POSITIONS DIRECTLY SUPERVISED** - CSR<br><br>(b) **POSITIONS INDIRECTLY SUPERVISED** - None | **NUMBER OF EMPLOYEES**<br>1 |

**Assistant Manager – Page 2**

## SUPERVISION:

(a) SUPERVISOR'S TITLE -   Manager

(b) LEVEL OF SUPERVISION RECEIVED -   Direct

## RESPONSIBILITY AND AUTHORITY:

(a) RELATIONSHIPS (*Indicate the type and level of parties that the incumbent will interact with.*)

   CSR, Manager, DDO, Customers

(b) EQUIPMENT  (*Training or experience in the use of what equipment is required?*)

   Computer, Windows, printer, fax, copier

(c) MONEY (*Does this position have access to or handle company funds?*)

   Yes

## MINIMUM REQUIREMENTS:   Minimum age 18, valid drivers license, reliable transportation.

(a) EQUIVALENT EDUCATION LEVEL REQUIRED – High School Diploma or equivalent preferred.

(b) EXPERIENCE REQUIRED –
   Experience in service/banking/collections industry.  Preferably 1-year management experience.  Some working experience with computers.

(c) KNOWLEDGE REQUIRED -
   Excellent written and verbal communication skills.  Strong personal and management skills.  Excellent time management skills.

(d) PHYSICAL REQUIREMENTS –

   Physical demands are those that must be met by employee to successfully perform the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

*Advance America reserves the right to modify, change, or apply this job description in any way the company desires. This job description in no way implies that these are the only duties, including essential duties, to be performed by the employee occupying this position. This job description is NOT an employment contract, implied or otherwise. The employment relationship remains "at will". These job requirements are subject to change to reasonably accommodate qualified disabled individuals.*

| Department Approval: | Date: |
|---|---|
| Human Resources Approval: | Date: |

**ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.**
**NATIONAL CASH ADVANCE**
**POSITION DESCRIPTION**
**MIDDLE MANAGEMENT, OFFICE CLERICAL AND ADMINISTRATIVE**

| | |
|---|---|
| **POSITION TITLE:** Center Manager<br>**REPORTS TO:** Divisional Director of Operations | **EFFECTIVE DATE:**<br>**POSITION GRADE:** |
| **NOTE:** The Manager Position Description encompasses the following:<br>Manager (Salaried) and Manager (Hourly) | **LOCATION:** |

**BASIC PURPOSE:** *Give a brief statement of the overall principle purpose or function of this position.*

Responsibilities include but are not limited to maintaining effective operation and continued growth of location with the direction of Divisional Director of Operations. Provide leadership, direction, and effective tools to assure growth and competence to all location associates.

| **SCOPE / PRINCIPLE ACCOUNTABILITIES:** *List major duties, activities, and responsibilities.* | **% OF TIME** |
|---|---|
| <ul><li>Provide exceptional customer service and ensure that transactions are completed properly.</li><li>Provide on-site training instruction on all aspects of leadership, company procedures and policies.</li><li>Ensure location staff fully comprehends their job description and understand our computer system.</li><li>Control payroll cost and other budgeted line items.</li><li>Maintain an on-going marketing strategy and marketing tracking sheets for the location. Conduct divisional market analysis/strategy to increase total market share and active accounts.</li><li>Recruiting, hiring, training, disciplining, evaluating, developing, and discharging of location staff.</li><li>Control cash flow, balancing and audits while maintaining LP standards.</li><li>Ensure procedures outlining opening, closing, banking, collections, audits, LSM, all LP procedures, and other company policies are followed daily.</li><li>Ensure compliance with Federal, State, and local laws.</li><li>Ensure administrative duties are followed and completed as outlined in the Operations Manual/Handbook/People Manual.</li><li>Maintain employee files and process all new hire paperwork according to timeline set by Human Resources.</li><li>Communicate image consistent with the company creed and vision to all members of location. Provide guidance in all aspects of operations.</li><li>Recognize and develop skills/abilities of associates in order to meet location and company objectives.</li><li>Review operating results of location daily, weekly and monthly to identify areas of opportunity for increased profits and decreased expenses.</li><li>Pursue marketing strategies that would help grow the location.</li><li>Maintain company standards as related to staffing, operations, marketing, collections and customer service.</li><li>Provide operational support through working with other departments to solve issues that develop.</li><li>Travel locally for marketing, collections, staffing, and banking responsibilities.</li><li>Adhere to all points of the creed.</li></ul> | |

| | |
|---|---|
| **(a) POSITIONS DIRECTLY SUPERVISED** – Assistant Manager, CSR<br>**(b) POSITIONS INDIRECTLY SUPERVISED** - None | **NUMBER OF EMPLOYEES**<br>2 |

Manager – Page 2

**SUPERVISION:**

(a) **SUPERVISOR'S TITLE** –Divisional Director of Operations/ARM

(b) **LEVEL OF SUPERVISION RECEIVED** - General direction.

---

**RESPONSIBILITY AND AUTHORITY:**

(a) **RELATIONSHIPS** (*Indicate the type and level of parties that the incumbent will interact with.*)

Assistant Managers, CSR's, DDO's, CSS

(b) **EQUIPMENT** (*Training or experience in the use of what equipment is required?*)

Computer, Windows, printer, fax, copier

(c) **MONEY** (*Does this position have access to or handle company funds?*)

Yes

---

**MINIMUM REQUIREMENTS:** Minimum age 18, valid drivers license, reliable transportation.

(a) **EQUIVALENT EDUCATION LEVEL REQUIRED** – High School Diploma or equivalent required; College preferred.

(b) **EXPERIENCE REQUIRED** –
Experience in service/banking/collections industry. Preferably 2+ years management experience. Some working experience with computers.

(c) **KNOWLEDGE REQUIRED** -
Excellent written and verbal communication skills. Strong personal and management skills. Excellent time management skills. Ability to coach and develop people.

(d) **PHYSICAL REQUIREMENTS** –
Physical demands are those that must be met by employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

---

*Advance America reserves the right to modify, change, or apply this job description in any way the company desires. This job description in no way implies that these are the only duties, including essential duties, to be performed by the employee occupying this position. This job description is NOT an employment contract, implied or otherwise. The employment relationship remains "at will". These job requirements are subject to change to reasonably accommodate qualified disabled individuals.*

| Department Approval: | Date: |
|---|---|
| Human Resources Approval: | Date: |

D000345
Murphy v. Advance America