During the eight months that I worked for Edward Finnegan we did not have a marketing policy that we followed . John Knowles was in and out of our Enterprise office frequently and he was aware that Ed was not following marketing procedures. I don't know much about the marketing plan because we never did it. One thing I know is that a chart was to be posted in our office with marketing plans and goals but I never seen one.

John Knowles used our restroom on several occasions and knew of the leak that our toilet had and never instructed Ed to have it fixed. The toilet was still leaking when I left.

This is in my own words of things that I witnessed while employed under Edward Finnegan.

*Trish Crowe* (signature)
Trish Crowe

*Trish Crowe* (signature)

*[notary signature]*
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 8, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS