Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                  SOUTHERN DIVISION
 4   CASE NUMBER:   1:05cv-443-W
 5   DIANE MURPHY,
 6             Plaintiff,                ORIGINAL
 7        vs.
 8   ADVANCE AMERICA CASH
 9   ADVANCE CENTERS OF ALABAMA,
10             Defendant.
11             DEPOSITION OF DIANE MURPHY
12                  In accordance with
13   Rule 5 (d) of The Alabama Rules of
14   Federal Procedure, as Amended, effective
15   May 15, 1988, I, ELLEN DYE, am hereby
16   delivering to MR. JAMES R. MULROY, II,
17   the original transcript of the oral
18   testimony taken on the 13th day of
19   October, 2005, along with exhibits.
20                  Please be advised that
21   this is the same and not retained by the
22   Court Reporter, nor filed with the Court.
23
```

EXHIBIT A

FOSHEE & TURNER COURT REPORTERS

Page 6

1           I, ELLEN DYE, a
2   Court Reporter of Birmingham, Alabama,
3   acting as Commissioner, certify that on
4   this date, as provided by the Alabama
5   Rules of Federal Procedure and the
6   foregoing stipulation of counsel, there
7   came before me at the offices of Stephen
8   B. Griffin & Associates, 2100 Riverhaven
9   Drive, Suite 1, Hoover, Alabama 35244,
10  beginning at 9:30 a.m., DIANE MURPHY,
11  witness in the above cause, for oral
12  examination, whereupon the following
13  proceedings were had:
14           DIANE MURPHY,
15  being first duly sworn, was examined and
16  testified as follows:
17           THE COURT REPORTER:  Usual
18  stipulations?
19           MR. GRAY:  That's fine.
20           MR. MULROY:  Yes.
21  EXAMINATION BY MR. MULROY:
22       Q    Ms. Murphy, my name is
23  Jim Mulroy and I'm the lawyer for Advance

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 44

```
 1    it says skills.  That's your handwriting
 2    there, correct?
 3         A    Uh-hmm.
 4         Q    FBLA, what was that?
 5         A    Future Business Learning of
 6    America and that's in high school.
 7         Q    Honor Society?
 8         A    That was at the business
 9    college.
10         Q    And valedictorian in college?
11         A    At the business college.
12         Q    What business college was that?
13         A    Riley Business College.
14         Q    Where is it located?
15         A    Dothan.
16         Q    And the diploma that you
17    received from Riley Business College,
18    what kind of diploma was it?
19         A    It was, I believe, a
20    certificate in computer clerical.
21         Q    You didn't get an Associates
22    Degree or anything like that?
23         A    No.
```