IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DIANE MURPHY,

    Plaintiff,

v.                                                       NO. 1:05cv443-W
                                                     Demand for Jury Trial

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

---

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

---

       Counsel for the parties have conferred and believe that neither mediation nor a settlement conference would be productive at this juncture.

                                             Respectfully submitted,

                                             LEWIS FISHER HENDERSON
                                                CLAXTON & MULROY, LLP
                                             6410 Poplar Avenue, Suite 300
                                             Memphis, Tennessee 38119
                                             Telephone: (901) 767-6160
                                             Facsimile: (901) 767-7411

                                    By:     /s/ James R. Mulroy, II
                                                 James R. Mulroy, II
                                                 Kelly S. Gooch

**CERTIFICATE OF SERVICE**

     I hereby certify that I have this 10th day of August, 2006 electronically filed the foregoing **NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

          Kenneth F. Gray, Jr., Esq.
          Bret M. Gray, Esq.
          Griffin & Associates
          2100 River Haven Drive, Suite 1
          Hoover, AL 35244

          /s/ James R. Mulroy, II