IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DIANE MURPHY,

    Plaintiff,

v.                                            Case No.  1:05-cv-443-W

ADVANCE AMERICA CASH         JURY DEMANDED
ADVANCE CENTERS OF ALABAMA,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL HEARING**

---

    Defendant, Advance America Case Advance Centers of Alabama, moves this Court to continue the pretrial hearing in this matter until on or about November 3, 2006.  The pretrial hearing is currently scheduled for October 27, 2006.  Defendant requests this continuance because one of its counsel, James Mulroy, will be having surgery the week the pretrial hearing is currently scheduled.  Defendant further moves for a corresponding extension of the deadline for submitting the pretrial order.  Plaintiff does not oppose this continuance.  The grounds for this motion are set forth in the memorandum filed herewith.

                          Respectfully submitted,

                    By:    s/ James R. Mulroy, II
                            James R. Mulroy, II (TN Bar #000098)
                            Kelly S. Gooch, Esquire (TN Bar # 14325)
                            LEWIS FISHER HENDERSON
                                CLAXTON & MULROY, LLP
                            6410 Poplar Avenue, Suite 300
                            Memphis, Tennessee 38119
                            Telephone: (901) 767-6160
                            E-mail: jrmulroy@lfhc.com

                            ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 11, 2006, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Kenneth F. Gray, Jr., Esq.
        Bret M. Gray, Esq.
        Griffin & Associates
        2100 River Haven Drive, Suite 1
        Hoover, AL 35244

         s/ James R. Mulroy, II
        James R. Mulroy, II
        Kelly S. Gooch
        LEWIS FISHER HENDERSON
          CLAXTON & MULROY, LLP
        6410 Poplar Avenue, Suite 300
        Memphis, Tennessee 38119
        Telephone: (901) 767-6160
        Facsimile: (901) 767-7411
        E-mail: jrmulroy@lfhc.com

        ATTORNEYS FOR DEFENDANT