**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

DIANE MURPHY,

    Plaintiff,

v.                                                                          Case No.  1:05-cv-443-W
                                                                                     JURY DEMANDED

ADVANCE AMERICA CASH
ADVANCE CENTERS OF ALABAMA,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE PRETRIAL HEARING**

---

        Having considered Defendant's Unopposed Motion to Continue Pretrial Hearing, and finding the same well taken, IT IS HEREBY ORDERED that the pretrial hearing in this matter is continued until _____, and that any other pretrial dates dependent on the hearing date are extended for a corresponding amount of time.

        Dated this _____ day of _____, 2006.

                                                            _____
                                                                   U. S. DISTRICT COURT JUDGE