IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05CV443-SRW |
| | ) |
| ADVANCE AMERICA CASH ADVANCE | ) |
| CENTERS OF ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

### UNOPPOSED MOTION FOR EXTENSION TO FILE DISMISSAL DOCUMENTS

COMES NOW the Plaintiff, and hereby requests this Honorable Court grant a 10 day extension for filing of dismissal documents in the above-stated cause and as grounds states the following:

1. Plaintiff and Defendant have reached a settlement in this matter.

2. Defendant has provided counsel for the Plaintiff with a settlement agreement which counsel has forwarded on to his client for her signature.

3. This Honorable Court ordered that all necessary dismissal documents be filed by today, November 30, 2006. However, counsel for Plaintiff has not yet received the executed agreement back from his client.

WHEREFORE, premises considered, counsel for the plaintiff respectfully requests this Honorable Court grant an extension of 10 days from today's date to file dismissal documents in this case.

Respectfully submitted,

s/Kenneth F. Gray, Jr.
Kenneth F. Gray, Jr. Bar No.: ASB-0475-R65K
Attorney for Plaintiff
Stephen B. Griffin & Associates
2100 River Haven Drive

**MOTION GRANTED**

THIS 4th DAY OF December, 2006

_____
UNITED STATES MAGISTRATE JUDGE