IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DIANE MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv443-SRW |
| | ) | |
| ADVANCE AMERICA CASH ADVANCE CENTERS OF ALABAMA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's motion to dismiss (Doc. # 34) filed December 21, 2006, and for good cause, it is

ORDERED that the motion is set for a telephone conference call at 9:00 a.m. on January 5, 2007. Counsel for defendant is DIRECTED to set up the conference call.

DONE, this 22nd day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE