IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DIANE MURPHY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv443-W |
| | ) | |
| ADVANCE AMERICA CASH | ) | |
| ADVANCE CENTERS OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon request of counsel, and for good cause, it is

ORDERED that the telephone conference call scheduled for January 5, 2007 be and hereby is rescheduled for 4:00 p.m. on January 8, 2007. Counsel for defendant is DIRECTED to set up the telephone conference call.

DONE, this 3rd day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE