MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:    January 8, 2007           3:55
DATE COMPLETED:    January 8, 2007           4:00

DIANE MURPHY                              *

vs                                        *         1:05cv443-SRW

ADVANCE AMERICA CASH ADVANCE              *
CENTERS OF ALABAMA, INC.                  *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kenneth F. Gray | | James R. Mulroy |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

TELEPHONE CONFERENCE ON DEFENDANT'S MOTION TO DISMISS (DOC #34)

3:55 p.m.   Court convenes
            Court's statements to counsel
            Mr. Gray's discussions with the court regarding plaintiff' accepting and executing settlement agreement. Discussions regarding reasons why this has not already been done. Mr. Gray states he has been in contact with the plaintiff today.
            Court directs Mr. Gray to communicate to plaintiff that she has 10 days to complete the settlement agreement and file a joint stipulation with the Court or the case will be dismissed. If this has not been completed within 10 days, plaintiff must then show cause why the motion to dismiss should not be granted.
4:00 p.m.   Court recessed