IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv443-SRW |
| ) | |
| ADVANCE AMERICA CASH ) | |
| ADVANCE CENTERS OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of defendant's motion to dismiss (Doc. # 34) filed December 21, 2006, and the telephone conference held on January 8, 2007, and for good cause, it is

ORDERED that plaintiff shall either complete her settlement agreement and file a joint stipulation for dismissal or show cause in writing why the motion to dismiss should not be granted on or before January 18, 2007. Plaintiff is CAUTIONED that if she fails to meet this final deadline, her case may be dismissed with prejudice.

DONE, this 9th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE