IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANE MURPHY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05cv443-SRW |
| | ) |
| **ADVANCE AMERICA CASH** | ) |
| **ADVANCE CENTERS OF** | ) |
| **ALABAMA, INC.**, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff and Defendant jointly and hereby request this Honorable Court dismiss the above-styled matter, with prejudice, each party to bear its own costs.

Respectfully submitted,


_____                    s/Kenneth F. Gray, Jr.
                                            s/Bret M. Gray
                                            Attorneys for Plaintiff
                                            Stephen B. Griffin & Associates
                                            2100 River Haven Drive
                                            Suite 1
                                            Hoover, AL 35244
                                            Telephone: (205) 402-7476
                                            Fax: (205) 402-7292
                                            E-mail: keng@griffin-assoc.com

<u>s/James R. Mulroy, II</u>
<u>s/Kelly S. Gooch</u>
Attorneys for Defendant
Lewis, Fisher, Henderson, Claxton & Mulroy
6410 Poplar Ave., Ste. 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411