IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.1:05cv443-SRW |
| ) | |
| ADVANCE AMERICA CASH ) | |
| ADVANCE CENTERS ) | |
| OF ALABAMA, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the joint stipulation of dismissal filed by the parties on January 18, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 19th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE